# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132687

SUSAN COLLIER, Personal Representative
of the Estate of SILVIO GIANNETTI; and
GIANNETTI INVESTMENT CO.,
            Plaintiffs-Appellants,

v

JERRY PRUZINSKY,
            Defendant-Appellee,

and

ANNA MARIE PRUZINSKY,
            Defendant.
_____/

SC: 132687
COA: 268827
Wayne CC: 92-230961-CK

    On order of the Court, the application for leave to appeal the September 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

d0319